IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| GARY W. WYATT, | : | Case No. 3:19-bk-32198 |
| | : | |
| Debtor. | : | Hon. Suzanne H. Bauknight, U.S.B.J. |
| | : | |
| CC FUNDING, A DIVISION OF CREDIT CASH NJ, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No.: 3:20-ap-3021-SHB |
| | : | |
| GARY W. WYATT, | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

Comes now, Plaintiff, CC Funding, a division of Credit Cash NJ, LLC ("Plaintiff"), and Defendant, Gary W. Wyatt ("Defendant") (collectively, the "Parties") and through their respective counsel, hereby submit this joint status report and state as follows:

1. On April 12, 2021, the Parties reached a settlement. Accordingly, the Parties canceled the mediation scheduled to take place on April 23, 2021.

2. The Defendant has agreed to pay Plaintiff a lump sum payment on or before June 14, 2021. Upon receipt of payment, the Plaintiff will file an agreed order of dismissal of this adversary proceeding with prejudice, as allowed by the Court.

3. In the event Defendant does not pay or cause to be paid the lump sum payment by June 14, 2021, the Parties will promptly notify the Court so that a new scheduling order can be implemented.

4810-8701-5143.2

4. The Parties have also agreed to suspend discovery and all deadlines pursuant to the Scheduling Order through June 14, 2021.

Respectfully submitted this 4th day of May, 2021.

/s/ *Alexandra Dugan*
Alexandra Dugan
Erin Malone-Smolla
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Phone: (615) 252-2307
Fax: (615) 252-6307
adugan@bradley.com

*Attorneys for Plaintiff*


/s/ *John P. Newton (w/ permission)*
John P. Newton
MAYER & NEWTON
1111 N. Northshore Drive, Suite S-570
Knoxville, TN 37919
P: (865) 588-5111
johnnewton@mayerandnewton.com

*Attorneys for Debtor*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of May, 2021, I served a true and accurate copy of the foregoing Joint Status Report through the Court's Electronic Case Filing systems, except where as indicated service was made through the United States Mail, First Class, postage prepaid, upon the following:

| | |
|---|---|
| John P. Newton<br>MAYER & NEWTON<br>1111 N. Northshore Drive, Suite S-570<br>Knoxville, TN 37919<br>P: (865) 588-5111<br>johnnewton@mayerandnewton.com | ***served through ECF*** |

*Attorneys for Debtor*

                                      /s/ *Alexandra Dugan*
                                      Alexandra Dugan